1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  CARY PALMER, SBN 186601
   JACKSON LEWIS, LLP
8  801 "K" Street, Suite 2300
   Sacramento, CA 95814
   Telephone: (916) 341-0404
9  Fax: (916) 341-0141

10 Attorney for Defendant Concord Buying Group, Inc.

11

12 THOMAS BRODERSEN, SBN 128411
   WILLIAMS, JORDAN & BRODERSEN, LLP
13 2222 West Main Street
   Visalia, CA 93291
   Telephone: (559) 635-9000
14 Fax: (559) 635-9085

15 Attorney for Defendant Ennis Commercial Properties, LLC

16

17                  UNITED STATES DISTRICT COURT

18                  EASTERN DISTRICT OF CALIFORNIA

19 ROBERT DODSON,                          Case No. CIV. S-06-02133-FCD-GGH

20     Plaintiff,

21 v.                                      **STIPULATION OF DISMISSAL AND ORDER THEREON**

22 CONCORD BUYING GROUP, INC. dba AJ
23 WRIGHT #245; ENNIS COMMERCIAL
   PROPERTIES, LLC,

24     Defendants.
25 _____/

26     TO THE COURT AND ALL PARTIES:

27     Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT

28 DODSON, and defendants, CONCORD BUYING GROUP, INC. dba AJ WRIGHT #245 and

1 | ENNIS COMMERCIAL PROPERTIES, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii),
2 | the parties hereby request that all parties be dismissed with prejudice as to all causes of
3 | action from the above-entitled action.

Dated: February 26, 2007              DISABLED ADVOCACY GROUP, APLC

                                               /s/ Lynn Hubbard, III
                                               LYNN HUBBARD, III
                                               Attorney for Plaintiff

Dated: February 26, 2007              JACKSON LEWIS

                                               /s/ Cary Palmer
                                               CARY PLAMER
                                               Attorney for Defendant Concord Buying Group,
                                               Inc. dba AJ Wright #246

Dated: February 26, 2007              WILLIAMS JORDAN & BRODERSEN, LLP

                                               /s/ Thomas Brodersen
                                               THOMAS BRODERSEN
                                               Attorney for Defendant Ennis Commercial Properties, LLC

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02133-FCD-GGH, is dismissed with prejudice as to all parties and causes of action.

Dated: February 27, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE